IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| Jane Doe D.B., <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; DOUGLAS HOLYOAK, an individual; AND MICHAEL EVANS, an individual. <br><br> Defendants. | Case No. <br><br> **PLAINTIFF DEMANDS A JURY TRIAL** |

## **DISCLOSURE STATEMENT**

This Disclosure Statement is filed on behalf of Plaintiff JANE DOE in compliance with the provisions of Rule 7.1(a)(2) of the Federal Rules of Civil Procedure, which provides that in an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement and must name and identify the citizenship of, every individual or entity whose citizenship is attributed to that party or intervenor when the action is filed in or removed to federal court, and when any later event occurs that could affect the court's jurisdiction under § 1332(a).

1

Pursuant to Fed. R. Civ. P. 7.1(a)(2), the filing party, or intervenor, hereby declares the following names and citizenships of every individual or entity whose citizenship is attributed to that party or intervenor: (Attach additional pages if needed.)

| | |
|---|---|
| JANE DOE | Arkansas |
| Party or Intervenor Name | Citizenship |

| | |
|---|---|
| THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation | Utah |
| Party or Intervenor Name | Citizenship |

| | |
|---|---|
| THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation | Utah |
| Party or Intervenor Name | Citizenship |

| | |
|---|---|
| DOUGLAS HOLYOAK | Utah |
| Party or Intervenor Name | Citizenship |

| | |
|---|---|
| MICHAEL EVAN | Idaho |
| Party or Intervenor Name | Citizenship |

**A supplemental disclosure statement will be filed upon any change in the information provided herein.**

Date: November 25, 2024               s/Jason Friedl
                                      *Counsel for Plaintiff*

Jason J. Friedl (Bar No. 6273533)
ROMANUCCI & BLANDIN, LLC
321 North Clark St., Suite 900
Chicago, IL 60654
Tel.: (312) 815-2326
Fax: (312) 458-1004
jfriedl@rblaw.net