UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JANE DOE D.B., <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; DOUGLAS HOLYOAK, an individual; AND MICHAEL EVANS, an individual. <br><br> Defendants. | Case No. 3:24-cv-50469 |

## JOINT STATUS REPORT

The parties submit this joint status report in advance of the status report deadline on July 11, 2025.

1) Plaintiff Jane Doe D.B. propounded discovery on Defendants The Corporation of the President of The Church of Jesus Christ of Latter-day Saints, The Church of Jesus Christ of Latter-day Saints, Michael Evans, and Douglas Holyoak on June 24, 2025. Plaintiff's discovery includes Requests for Production of Documents and Interrogatories directed to each Defendant.

2) Defendants The Corporation of the President of The Church of Jesus Christ of Latter-day Saints, The Church of Jesus Christ of Latter-day Saints, Michael Evans, and Douglas Holyoak propounded discovery on Plaintiff Jane Doe D.B. on June 24, 2025, including Interrogatories and Requests for Production of Documents.

1

3) The parties are currently working to collect and prepare initial discovery responses and are cooperating in good faith to move the case forward. No discovery disputes have arisen to date.

The parties will continue to confer as necessary regarding discovery and case scheduling and will promptly notify the Court of any issues requiring intervention.

DATE: July 11, 2025

<div style="display: flex;">

*/s/* Savannah L Murin

Dan K. Webb
Matthew R. Carter
Savannah L Murin
WINSTON & STRAWN, LLP
*Attorneys for Defendants The Corporation of the President of The Church of Jesus Christ of Latter-day Saints; The Church of Jesus Christ of Latter-day Saints; and Michael Evans*
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
dwebb@winston.com
mcarter@winston.com
smurin@winston.com

*/s/* Adam R. Vaught

Adam R. Vaught
Croke Fairchild Duarte & Beres
*Attorney for Douglas Holyoak*
191 N. Wacker Dr., 31st Floor
Chicago, Illinois 60606
(312) 641-0881
avaught@crokefairchild.com

/s/ Jason Friedl

Jason J. Friedl, Esq.
ROMANUCCI & BLANDIN, LLC
*Attorney for Plaintiff*
321 North Clark St., Suite 900
Chicago, IL 60654
Tel.: (312) 815-2326
Fax: (312) 458-1004

Tracey B. Cowan (Admitted *Pro hac vice*)
Ryan J. Clarkson (*Pro hac vice* application forthcoming)
Shireen M. Clarkson (*Pro hac vice* application forthcoming)
Jamie M. Powers *(Pro hac vice* application forthcoming)
CLARKSON LAW FIRM, P.C.
*Attorneys for Plaintiff*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

</div>