UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JANE DOE D.B., <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; DOUGLAS HOLYOAK, an individual; AND MICHAEL EVANS, an individual. <br><br> Defendants. | Case No. 3:24-cv-50469 |

**JOINT STATUS REPORT**

The parties submit this joint status report in advance of the status report deadline on September 9, 2025, as follows.

    1. Plaintiff Jane Doe D.B. responded to Defendants The Corporation of the President of The Church of Jesus Christ of Latter-day Saints, The Church of Jesus Christ of Latter-day Saints, Michael Evans, and Douglas Holyoak's Interrogatories, Set One on July 31, 2025.

    2. Plaintiff Jane Doe D.B. also responded to Defendants The Corporation of the President of The Church of Jesus Christ of Latter-day Saints, The Church of Jesus Christ of Latter-day Saints, Michael Evans, and Douglas Holyoak's Requests for Production of Documents, Set One on July 24, 2025.

    3. Defendants The Corporation of the President of The Church of Jesus Christ of Latter-day Saints, The Church of Jesus Christ of Latter-day Saints, Michael Evans,

1

and Douglas Holyoak responded to Plaintiff Jane Doe D.B.'s First Set of Interrogatories and First Set of Requests for Production of Documents on July 31, 2025.

4. On August 1, 2025, the parties entered into an Agreed Confidentiality Order.

5. The parties are currently working to collect and prepare initial discovery responses and are cooperating in good faith to move the case forward. No discovery disputes have arisen to date.

The parties will continue to confer as necessary regarding discovery and case scheduling and will promptly notify the Court of any issues requiring intervention.

DATE: September 9, 2025

<u>s/Dan K. Webb</u>
Dan K. Webb
Matthew R. Carter
Savannah L Murin
**WINSTON & STRAWN, LLP**
*Attorneys for Defendants The Corporation of the President of The Church of Jesus Christ of Latter-day Saints; The Church of Jesus Christ of Latter-day Saints; and Michael Evans*
35 West Wacker Drive
Chicago, IL 60601
Tel.: (312) 558-5600
Fax: (312) 558-5700
dwebb@winston.com


<u>s/Adam R. Vaught</u>
Adam R. Vaught
Croke Fairchild Duarte & Beres
*Attorney for Douglas Holyoak*
191 N. Wacker Dr., 31st Floor
Chicago, Illinois 60606
(312) 641-0881
avaught@crokefairchild.com

<u>s/Maura D. White</u>
Maura D. White, Esq.
**ROMANUCCI & BLANDIN, LLC**
*Attorney for Plaintiff*
321 North Clark St., Suite 900
Chicago, IL 60654
Tel.: (312) 253-8632
Fax: (312) 458-1004


Tracey B. Cowan (Admitted *Pro hac vice*)
Ryan J. Clarkson (*Pro hac vice* application forthcoming)
Shireen M. Clarkson (*Pro hac vice* application forthcoming)
Jamie M. Powers *(Pro hac vice* application forthcoming)
**CLARKSON LAW FIRM, P.C.**
*Attorneys for Plaintiff*
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070

2