UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| JANE DOE D.B., <br><br> Plaintiff, <br><br> v. <br><br> THE CORPORATION OF THE PRESIDENT OF THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; THE CHURCH OF JESUS CHRIST OF LATTER-DAY SAINTS, a Utah Corporation; DOUGLAS HOLYOAK, an individual; AND MICHAEL EVANS, an individual. <br><br> Defendants. | Case No. 3:24-cv-50469 |

**MOTION TO WITHDRAW AS COUNSEL**

Attorneys Maura D. White of Romanucci & Blandin, LLC, Tracey B. Cowan of Clarkson Law Firm, P.C., and Sara Beller of Dolman Law Group ("Counsel") respectfully request leave to withdraw as counsel for Plaintiff Jane Doe D.B., pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois. Defendants do not oppose this Motion. In support of this Motion, Counsel states as follows:

1. On November 15, 2024, the Complaint at Law was filed in this matter with Attorneys Sara Beller and Tracey Cowan, then both at Clarkson Law Firm, noting their intent to appear *pro hac vice*. (Dkt. 1).[1]

2. On April 9, 2025, Attorneys Sara Beller and Tracey B. Cowan filed their motions to appear *pro hac vice*. (Dkts. 35 & 36).

---

[1] Attorney Jason F. Friedl, previously of Romanucci & Blandin, filed the Complaint in this matter as local counsel for Attorneys Beller and Cowan. Attorney Friedl withdrew from this matter on September 11, 2025. (Dkt. 57).

1

3.      Since July 10, 2025, Maura D. White, at Romanucci & Blandin, LLC, has been one of the attorneys of record for Plaintiff. (Dkt. 50).

4.      On June 24, 2025, Defendants The Corporation of the President of The Church of Jesus Christ of Latter-day Saints ("Corporation"), The Church of Jesus Christ of Latter-day Saints ("Church"), and Michael Evans (collectively, "Corporate Defendants") issued discovery requests on Plaintiff. Plaintiff timely responded to the Requests for Production Set 1 on July 24, 2025, and the Interrogatories Set 1 on July 31, 2025. Plaintiff produced documents on October 20, 2025.

5.      Also on June 24, 2025, Defendant Douglas Holyoak issued discovery requests on Plaintiff. Plaintiff timely responded to the Requests for Production Set 1 on July 24, 2025, and the Interrogatories Set 1 on July 31, 2025. Plaintiff produced documents on October 20, 2025.

6.      Ms. Beller handled the bulk of work on Plaintiff's case. She has since left Clarkson Law Firm, P.C.

7.      Due to their previous commitments to other matters, Ms. Cowan and Ms. White, along with their staff, are unable to adequately represent Plaintiff.

8.      Plaintiff's counsel has notified Plaintiff of their inability to continue pursuing her case, their intention to request to withdraw from her case, and Plaintiff's need to either appear *pro se* or obtain successor counsel.

9.      Plaintiff informed her counsel that she consents to this Motion.

10.     On September 26, 2025, Plaintiff's counsel informed counsel for Corporate Defendants and Defendant Holyoak that they no longer represent Plaintiff and were preparing to file a withdrawal with the Court. Plaintiff's counsel requested a courtesy delay in discovery request to allow Plaintiff time to find new counsel.

11. On October 10, 2025, Corporate Defendants issued additional discovery requests, including Interrogatories Set 2, Requests for Production Set 2, and Requests for Admission Set 1. Plaintiff has not yet responded to these discovery requests, which have a response deadline of November 10, 2025, pursuant to the Federal Rules of Civil Procedure.

12. Plaintiff's counsel's withdrawal is consistent with Local Rule 83.50 (which incorporates the Illinois Rules of Professional Conduct) and Ill. Rule Prof. Conduct 1.16, which provides grounds for permissive withdrawal. In accordance with Rule 1.16(b)(1), there will be no materially adverse effect on Plaintiff's interests associated with withdrawal.

13. Further, the departure of the main attorney running the case and overextension of remaining attorneys constitutes "other good cause for withdrawal" pursuant to Ill. Rule Prof. Conduct 1.16(b)(7).

14. In addition to granting leave to withdraw as Plaintiff's counsel in this action, the undersigned also request that this Court stay all pending deadlines, including all pending discovery deadlines, until further order of the Court. That would allow Plaintiff time to either appear *pro se* or obtain successor counsel before addressing pending discovery.

15. <u>Defendants' Statement:</u> Defendants do not oppose Plaintiff's counsel's motion to withdraw from the action. It is Defendants' position that the Court should not stay all pending deadlines, including pending discovery deadlines indefinitely. Defendants respectfully suggest a 45-day stay from the day of the Court's order on Plaintiff's counsel's motion to withdraw. Forty-five days is sufficient time for Plaintiff to find new counsel who can get up to speed and respond to Defendants' discovery requests issued on October 10, 2025. Defendants also respectfully suggest setting a status hearing soon after that 45-day stay.

16.    Attached as Exhibit 1 to this Motion is the Notification of Party Contact Information, as required by Local Rule 83.17.

17.    A copy of this Motion is being served on Plaintiff as set forth in the Certificate of Service.

**WHEREFORE,** Maura D. White, Tracey B. Cowan, and Sara Beller respectfully request that the Court grant them leave to withdraw as attorneys of record in this action and stay all pending discovery deadlines until further order of the Court.

Respectfully submitted,

Dated: October 27, 2025                      **ROMANUCCI & BLANDIN, LLC**

*s/ Maura D. White*
Maura D. White
321 N. Clark Street, Suite 900
Chicago, IL 60654
Tel.: (312) 253-8632
Fax: (312) 458-1004
mwhite@rblaw.net

Tracey B. Cowan (admitted *pro hac vice*)
**CLARKSON LAW FIRM, P.C.**
22525 Pacific Coast Highway
Malibu, CA 90265
Tel.: (213) 788-4050
Fax: (213) 788-4070
tcowan@clarksonlawfirm.com

Sara Beller (admitted *pro hac vice*)
**DOLMAN LAW GROUP**
800 N Belcher Road
Clearwater, FL 33765
Tel.: (727) 451-6900 x147
sara.beller@dolmanlaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Maura D. White, hereby certify that on October 27, 2025, I filed the foregoing document via this Court's CM/ECF system.  I further certify that on October 27, 2025, a copy of the foregoing document was sent to Plaintiff, Jane Doe D.B., via Certified U.S. Mail, as well as by email.

                                                       *s/ Maura D. White*
                                                       Maura D. White, Esq.