IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
WESTERN DIVISION

| | |
|---|---|
| Jane Doe D.B., <br><br> *Plaintiff*, <br><br> v. <br><br> The Church of Jesus Christ of Latter-Day Saints et al., <br><br> *Defendant(S)*. | Case No. 3:24-cv-50469 <br><br> Hon. Michael F. Iasparro |

**REPORT AND RECOMMENDATION**

   Telephonic hearing held 1/8/2026. Plaintiff Jane Doe D.B. failed to appear as previously ordered. See Dkt. 65. On 12/4/2025, the Court conducted a telephonic status hearing at which Plaintiff appeared and requested additional time to retain new counsel. The Court granted Plaintiff's request and set a further telephonic status hearing for 1/8/2026. See Dkt. 72. The Court's order setting the 1/8/2026 hearing was mailed to Plaintiff at the address listed on the docket. See Dkt. 71. The mailing was not returned as undeliverable. Plaintiff nevertheless failed to appear at the 1/8/2026 hearing and has not contacted the Court or defense counsel to explain her absence. Accordingly, it is this Court's report and recommendation that the case be dismissed for want of prosecution pursuant to Federal Rule of Civil Procedure 41(b). Any objection to this report and recommendation must be filed by 1/22/2026. See Fed. R. Civ. P. 72(b). The failure to file a timely objection may result in the waiver of objections on appeal. See Provident Bank v. Manor Steel Corp., 882 F.2d 258, 260-61 (7th Cir. 1989). The Clerk is directed to mail a copy of this Report and Recommendation to Plaintiff.

Entered: January 8, 2026          By: _____
                            Michael F. Iasparro
                            U.S. Magistrate Judge