**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

| | | |
|---|---|---|
| Jane Doe D.B., | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24 CV 50469 |
| | ) | Judge Iain D. Johnston |
| The Church of Jesus Christ of Latter-Day | ) | |
| Saints, *et al.*, | ) | |
| Defendants. | ) | |

## ORDER

Before the Court is a Report and Recommendation from Magistrate Judge Iasparro recommending the case be dismissed for want of prosecution under Federal Rule of Civil Procedure 41(b). Dkt. 76. The basis of his recommendation is Plaintiff's failure to participate in a telephonic status hearing on 1/8/2026. *Id.* The 1/8/2026 hearing was set during a hearing held 12/4/2025 in which Plaintiff participated, *see* Dkt. 72, plus she received mailed notice of the hearing that was not returned as undeliverable, *see* entry of 12/4/2025. Judge Iasparro gave Plaintiff to 1/22/2026 to object to his Report and Recommendation, but to date Plaintiff has not objected. In the absence of any objection, the Court accepts Judge Iasparro's Report and Recommendation [76], and dismisses this case for want of prosecution under Fed. R. Civ. P. 41(b). All deadlines are stricken. Civil case terminated.

Date: February 2, 2026          By: _____

Iain D. Johnston
United States District Judge